IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                      )
   FRANKLIN AZEVEDO RALSTON,   )   Case No. 09-14608-SAH
   RAVIN DAWN RALSTON,         )   Chapter 7
      Debtor(s).              )

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3011 Fed. R. Bankr. P. and reports to the Court Clerk that check number 105 for the referenced creditor was never returned nor cashed, therefore the following are dividends in an amount over $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT: | AMOUNT: |
|---|---|
| Claim No. 4 | $331.59 |
| Capital One Bank (USA), N.A. | |
| C/O TSYS Debt Management (TDM) | |
| PO Box 5155 | |
| Norcross, GA 30091 | |
| Total | $331.59 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $331.59, will be deposited with the clerk into unclaimed funds.

DATE: January 18, 2011            s/ Lyle Nelson
                                          Lyle R. Nelson, OBA#10914
                                          Two Leadership Square
                                          211 N. Robinson, Suite 1300
                                          Oklahoma City, OK  73102
                                          (405) 232-4021 Phone/(405) 232-3746 Fax
                                          TRUSTEE

CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Becky J. Barney
Attorney Joe M. Lozano

     Further, I certify that on the 18th day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Office of the U.S. Trustee
215 Dean A. McGee Avenue
4th Floor
Oklahoma City, OK 73102
Emailed

Capital One Bank (USA), N.A.
C/O TSYS Debt Management (TDM)
PO Box 5155
Norcross, GA 30091

                                                    s/Lyle Nelson
                                                  Lyle Nelson